UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Amar Gueye,
    Plaintiff

v.                        Case No.   1:08-cv-334

Media Bridges, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendations filed June 18 and 21, 2010 (Docs. 38, 39 & 40).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendations of the Magistrate Judge are hereby **ADOPTED**. Defendants Media Bridges, Tom Bishop, Keith Gilbert and Leon Montgomerys' motion for summary judgment is **GRANTED**. Defendants Greater Cincinnati Foundation and Federal Communications Commissioners' motions to dismiss are **GRANTED**.

Date: July 20, 2010                              s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Senior Judge
                                                    United States District Court